```
 1  GEOFFREY A. HANSEN
    Acting Federal Public Defender
 2  Northern District of California
    JOYCE LEAVITT
 3  Assistant Federal Public Defender
    13th Floor Federal Building - Suite 1350N
 4  1301 Clay Street
    Oakland, CA 94612
 5  Telephone:   (510) 637-3500
    Cellular telephone:  (415) 517-4879
 6  Email:        Joyce_Leavitt@fd.org
 7
 8  Counsel for Defendant QUINN
 9
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID QUINN,<br><br>Defendant. | Case No.: CR 21–0149 YGR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CHANGE OF PLEA AND SENTENCING FROM OCTOBER 28, 2021 TO DECEMBER 9, 2021 |

   IT IS HEREBY STIPULATED, by and between the parties to this action that the change of plea and sentencing date for defendant David Quinn in the above referenced case, currently scheduled for Thursday, October 28, 2021, at10:30 a.m. before Honorable Yvonne Gonzalez Rogers, may be continued to Thursday, December 9, 2021, at 1:00 p.m., for change of plea and sentencing. The reason for the request is that the additional time will enable defense counsel to provide the probation officer with signed consent forms so that the draft pre-plea presentence report (PSR) can be issued and reviewed, and for additional information to be provided to the probation officer prior to the

issuance of the final presentence report. Should the Court continue the matter to December 9, 2021, it should provide sufficient time for the draft PSR to be issued, and for defense counsel to meet with Mr. Quinn to review the documents and prepare for the change of plea and sentencing. United States Probation Officer Karen Mar is aware of the requested continuance and has no objection. USPO Mar is available, should the Court continue the change of plea and sentencing to December 9, 2021, at 1:00 p.m.

The continuance is sought under the Speedy Trial Act. The parties agree and stipulate that the time until December 9, 2021, should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel taking into account due diligence because the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant, in that the additional time will enable probation to issue the draft PSR and for counsel to meet with Mr. Quinn and prepare for the change of plea and sentencing.

IT IS SO STIPULATED.

Dated:   October 5, 2021

GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California

         /S
JOYCE LEAVITT
Assistant Federal Public Defender

Dated:   October 5, 2021

STEPHANIE M. HINDS
Acting United States Attorney
Northern District of California

         /S
NOAH STERN
Assistant United States Attorney

STIP & [PROPOSED] ORDER RE: COP & SENTENCING TO 12/09/21
*QUINN*, CR 21–0149 YGR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID QUINN,<br><br>Defendant. | Case No.: CR 21–0149 YGR<br><br>[~~PROPOSED~~] ORDER CONTINUING CHANGE OF PLEA AND SENTENCING FROM OCTOBER 28, 2021 TO DECEMBER 9, 2021 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing date in the above referenced case for defendant David Quinn, currently scheduled for Thursday, October 28, 2021, at 10:30 a.m. before Honorable Yvonne Gonzalez Rogers, is continued to Thursday, December 9, 2021, at 1:00 p.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the time until December 9, 2021, is hereby excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel taking into account due diligence. The ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant, to allow the parties to receive and comment upon the draft PSR, and Mr. Quinn sufficient time to prepare for the change of plea and sentencing.

IT IS SO ORDERED.

Dated:   October 12, 2021

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge